```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 01172
    SHARITA MCNEAL
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8987


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/23/2007 and was confirmed 04/23/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/14/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         1056.00          .00           63.71
MCLEOD USA                 UNSECURED          219.85          .00             .00
ASSET ACCEPTANCE LLC       UNSECURED          416.73          .00           18.95
AT & T BANKRUPCTY          NOTICE ONLY     NOT FILED          .00             .00
ASSOCIATES NATL BANK DEL   UNSECURED        NOT FILED         .00             .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY     NOT FILED          .00             .00
BALLYS TOTAL FITNESS ~     NOTICE ONLY     NOT FILED          .00             .00
COMCAST                    UNSECURED        NOT FILED         .00             .00
CREDIT PROTECTION ASSOC    NOTICE ONLY     NOT FILED          .00             .00
COMMONWEALTH EDISON        UNSECURED        NOT FILED         .00             .00
K MART                     UNSECURED        NOT FILED         .00             .00
WEXLER & WEXLER            NOTICE ONLY     NOT FILED          .00             .00
MARTIN LUTHER KING PLAZA   SPECIAL CLASS   NOT FILED          .00             .00
ROUNDUP FUNDING LLC        UNSECURED          191.16          .00             .00
MCI                        NOTICE ONLY     NOT FILED          .00             .00
MCI COMMUNICATIONS         UNSECURED        NOT FILED         .00             .00
GENERAL SERVICE BUREAU     NOTICE ONLY     NOT FILED          .00             .00
PFF EMERGENCY SERVICES     UNSECURED        NOT FILED         .00             .00
MEDICAL COLLECTIONS SYS    NOTICE ONLY     NOT FILED          .00             .00
PFF EMERGENCY SERVICES     UNSECURED        NOT FILED         .00             .00
MEDICAL COLLECTIONS SYS    NOTICE ONLY     NOT FILED          .00             .00
TRIBUTE                    UNSECURED        NOT FILED         .00             .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         3574.00          .00          215.61
ASPIRE                     UNSECURED          448.95          .00           15.85
LEGAL ASSISTANCE FOUNDAT   DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                          23.98
DEBTOR REFUND              REFUND                                           45.90


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01172 SHARITA MCNEAL
```

```
TRUSTEE                                         384.00

PRIORITY                                                           .00
SECURED                                                            .00
UNSECURED                                                       314.12
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                             23.98
DEBTOR REFUND                                                    45.90
                                        ---------------  ---------------
TOTALS                                          384.00           384.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE